UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold GRAMMER, Defendant–Appellant.

No. 02–6677.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Harold Grammer, Appellant Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Harold Grammer seeks to appeal the district court's order denying his motion

filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Grammer has not made a substantial showing of the denial of a constitutional right. *See Grammer v. United States,* No. CA–01–2750–2 (D.S.C. Mar. 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*